UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT BENDER, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

DOMINO'S PIZZA, INC., RUSSELL J. WEINER, and SANDEEP REDDY,

Defendants.

Case No. 24-cv-12477

Honorable Linda V. Parker

## STIPULATED ORDER CONFIRMING SERVICE OF PROCESS AND EXTENDING TIME TO RESPOND TO COMPLAINT

The parties have conferred and jointly submit the following stipulation and proposed order:

On September 20, 2024, plaintiff Scott Bender ("Bender"), individually and on behalf of all others similarly situated, filed a putative securities class action complaint in the above-captioned action (the "Action") against defendants Domino's Pizza, Inc., Russell J. Weiner, and Sandeep Reddy (collectively, "Defendants"). This putative class action asserts federal securities claims arising under the Securities Exchange Act of 1934 and governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). *See* 15 U.S.C. § 78u-4 *et seq*.

The PSLRA provides that (i) not later than 20 days after the date on which the

1

first complaint is filed, the plaintiff shall publish a notice advising members of the purported plaintiff class, (ii) not later than 60 days after the date on which the notice is published any member of the purported class may move the Court to serve as a lead plaintiff, and (iii) not later than 90 days after the date on which a notice is published the Court shall appoint the "most adequate plaintiff" as lead plaintiff. *See* 15 U.S.C. § 78u-4(a)(3)(A)-(B).

In compliance with Section 21D(a)(3)(A)(i) of the PSLRA, notice was published on September 20, 2024 ("Notice"). The Notice advised members of the putative class of the pendency of this Action, the claims asserted therein, and the November 19, 2024 deadline for any member of the putative class to move the Court to serve as lead plaintiff.

While Defendants' deadline to file responsive pleadings is forthcoming, the parties have agreed that in the interests of judicial economy, conservation of time and resources, and orderly management of this Action, the time for Defendants to respond to the complaint should be stayed until after the Court's appointment of lead plaintiff and lead counsel and the filing of an amended complaint, a consolidated complaint, or the designation of an operative complaint.

WHEREFORE, the parties jointly request that the Court enter an order that:

1. Undersigned counsel for Defendants are authorized to accept, and hereby do accept, service of the summons and complaint in this matter on behalf of Defendants, without prejudice and without waiver of any of Defendants' defenses, objections, or arguments, except as to sufficiency of service of process;

2. Defendants are not required to answer or otherwise respond to, and are hereby expressly relieved from answering or otherwise responding to, any complaints filed in this Action subject to the provisions of paragraphs 3 and 4 below;

3. The Court-appointed lead plaintiff shall have sixty (60) days after appointment to file an amended or consolidated complaint or, alternatively, to notify counsel for Defendants that a previously-filed complaint will serve as the operative complaint;

4. Defendants shall answer, move against, or otherwise respond to the operative complaint within sixty (60) days after the Court-appointed lead plaintiff (a) files an amended or consolidated complaint, or (b) designates a previously-filed complaint as the operative complaint;

5. The Court-appointed lead plaintiff shall have sixty (60) days to oppose any motions Defendants may file to dismiss the operative complaint; and

6. Defendants' reply or replies shall be due forty-five (45) days after the

3

filing of the Court-appointed lead plaintiff's opposition papers.

**SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: September 30, 2024

Dated:  September 27, 2024

Respectfully submitted,

POMERANTZ LLP

<u>/s/      Jeremy A. Lieberman   </u>
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

BRONSTEIN, GERWIRTZ & GROSSMAN, LLC

Peretz Bronstein (admission forthcoming)
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Attorneys for Plaintiff*

ROPES & GRAY LLP

<u>/s/      David B. Hennes       </u>
David B. Hennes (admission forthcoming)
Elana Stern (admission forthcoming)
1211 Avenue of the Americas
New York, NY 10036-8704
(212) 596-9000
David.Hennes@ropesgray.com
Elana.Stern@ropesgray.com

5

Amy D. Roy (admission forthcoming)
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
Email: Amy.Roy@ropesgray.com

*Attorneys for Defendants*